AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>01/28/2026<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____AP_____ DEPUTY | | FILED<br>CLERK, U.S. DISTRICT COURT<br>01/28/26<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____KC_____ DEPUTY |
|---|---|---|

# UNITED STATES DISTRICT COURT

for the

Central District of California

| United States of America | |
|---|---|
| v. | Case No. 5:26-mj-00045 |
| Christian Estoque, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, Cameron Newell, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of January 27, 2026, in the county of Riverside in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46306 | Operating an Unregistered Aircraft |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Cameron Newell, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: January 28, 2026

Judge's signature

City and state: Riverside, California

Hon. Sheri Pym, U.S. Magistrate Judge
Printed name and title

AUSA: Aylin Kuzucan x8603

## **AFFIDAVIT**

I, CAMERON NEWELL, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint against CHRISTIAN ESTOQUE ("ESTOQUE") for a violation of 49 U.S.C. § 46306 (Operating an Unregistered Aircraft).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. **BACKGROUND ON AFFIANT**

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed as an agent for the FBI since 2019. I am currently assigned to the Joint Terrorism Task Force at the Los Angeles International Airport Office of the FBI ("FBI LAX"), where I investigate violations of federal law occurring within the airport environment and involving aircraft.

### III. **SUMMARY OF PROBABLE CAUSE**

4. The FBI is investigating ESTOQUE, and others known and unknown, for flying stolen aircrafts from California and

Washington across state lines on or about January 3, 2026, to January 27, 2026. On January 27, 2026, the FBI arrested ESTOQUE while operating an unregistered aircraft at the Corona Municipal Airport in Corona, California, within the Central District of California.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my discussions with witnesses, conversations with other law enforcement agents, review of video footage and my own involvement in the investigation, I am aware of the following:

**A.   PRIOR STOLEN AIRCRAFT**

6. Based on my conversations with other law enforcement officers, I learned that on or about January 3, 2026, an RV-12, single-engine aircraft bearing tail number N107TF was reported stolen from the Auburn Municipal Airport in Washington, by the registered owner. The aircraft was recovered on January 6, 2026, at the Corona Municipal Airport in Corona, California, within the Central District of California.[1]

7. Based on Corona Airport surveillance footage, after the Corona Police Department ("CPD") recovered the aircraft on January 6, 2026, at approximately 8:46 p.m., a 2025 Blue

---

[1] The CPD discovered that the transponder was manipulated during flight, thus the whereabouts of the plane during the three-day period are unknown. However, according to a police report obtained from Kelso Police Detective Erik Swenningson, with the Kelso Police Department in Washington, on January 4, 2026, N107TF was identified in Kelso, Washington at Southwest Washington Regional Airport in Washington. According to witness statements, a "Hispanic" male and a female came into a business located on the airfield of KLS to use the restroom and request air for a flat tire on the aircraft.

Chevrolet Blazer approached and parked next to the N107TF. Three individuals then exited the car, approached the stolen aircraft, opened the cockpit, removed a tie-down chain from the tail, and removed the wheel chalks, in a manner consistent with departure preparation. The individuals remained in the N107TF for approximately two minutes until another unrelated aircraft approached, at which point the three individuals got back inside of the Blue Chevrolet Blazer and left.

8.  CPD conducted a records check on a law enforcement license plate reader database on the Blue Chevrolet Blazer, and the license plate returned as a Tennessee license plate number 467BQQZ, which was registered to the Hertz Corporation ("Hertz"). According to Hertz, the car was rented by Cydney MARSH for the time period November 14, 2025, until December 31, 2025.[2]

B.  **OPERATION OF SEPERATE UNREGISTERED AIRCRAFT**

9.  According to CPD reports, on January 24, 2026, CPD was notified of suspicious activity concerning a single-engine aircraft bearing the tail number N528BR which was parked at the Corona Airport. Specifically, airport employees from the Corona Airport reported to CPD that a cockpit door on N528BR appeared to have been taken off. According to Federal Aviation Administration (the "FAA"), the owner of N528BR is an individual

---

[2] On January 5, 2026, The Hertz Corporation Asset Recovery Department sent MARSH a notice indicating that the vehicle was overdue and requested prompt resolution. As of January 27, 2026, the vehicle was still overdue to return by MARSH.

with the initials S.B.  The N528BR's registration expired in 2017 and has not been renewed since 2017.

    10.  The FAA confirmed that this aircraft would need to be registered to be authorized to fly.  CPD later reviewed the airport's surveillance footage and discovered that on January 19, 2026, the same Blue Chevrolet Blazer from the first incident was parked in one of Corona airport's parking lots.  Surveillance footage appeared to show a male individual and a female individual going between the Blue Chevrolet Blazer and N528BR, as depicted in the following photographs:




    11.  On January 26, 2026, the FBI began surveilling the Corona airport parking lot and saw that the same Blue Chevrolet Blazer was parked in the parking lot.  On the morning of January 27, 2026, FBI agents witnessed a Black SUV, driven by an individual, later identified as ESTOQUE, arrive at the airport parking lot.  ESTOQUE and another male then entered the Blue

Chevrolet Blazer and drove it over to the N528BR. ESTOQUE appeared to be fixing the plane and attempted to fix the plane door.

    12. According to the surveillance, ESTOQUE then left the area, driving the Blue Chevrolet Blazer, FBI agents followed and observed him going to commercial shopping centers. ESTOQUE, along with another male, returned to the N528BR in the afternoon in the Blue Chevrolet Blazer, removed the tie-down chains from the N528BR, removed the wheel chalk, and entered the aircraft. ESTOQUE sat in the pilot seat, powered the plane with the aircraft propeller rotating.

    13. The FBI compared DMV images of S.B., the registered owner of the plane, to the two males that entered the plane, determined that the two males did not appear to be S.B., and concluded that the plane was being stolen. FBI agents then arrested ESTOQUE. According to FAA records, ESTOQUE is not a registered pilot and was not listed on the registration for N528BR.

    14. During a post-arrest Mirandized interview, ESTOQUE admitted to not having a pilot license, and claimed that he purchased the plane on "Barn Stormers," but admitted that he did not register the plane with the FAA. ESTOQUE did not have proof of purchase or sale of the plane. ESTOQUE also admitted to being under the influence of methamphetamine when operating the plane. ESTOQUE denied involvement in the prior plane thefts.

//

//

## V. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that ESTOQUE committed a violation of 49 U.S.C. § 46306 (Operating an Unregistered Aircraft).

Cameron Newell, Special Agent
Federal Bureau of Investigations

Subscribed to and sworn before me this  28th  day of January , 2026.

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE